Certified Mail # 7020 0090 0001 9060 5883 RRR

DISTRICT OF SOUTH DAKOTA)                UNITED STATES DISTRICT COURT

IN DISTRICT COURT)                                    SOUTHERN DIVISION

| | |
|---|---|
| **TRAE DANIEL FULLER,**<br>Plaintiff,<br><br>vs.<br><br>**LINDA MCMAHON, SECRETARY OF U.S. DEPARTMENT OF EDUCATION,**<br>Defendant. | Case No.: 4:26-cv-4011<br><br>**COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION** |

**I.    JURISDICTION AND VENUE**

1.   This action is brought pursuant to the **Administrative Procedure Act (APA)**, 5 U.S.C. §§ 701–706, to review a final action of the U.S. Department of Education.

2.   This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1331** (Federal Question), as this action arises under the laws of the United States and the **Fifth Amendment to the Constitution of the United States of America**.

3.   Venue is proper in this District under **28 U.S.C. § 1391(e)(1)** because the Plaintiff resides in a nearby local county, Deuel County, South Dakota, and the Defendant is an officer of the United States acting in his official capacity.

**II.    PARTIES**

4.   Plaintiff, **TRAE DANIEL FULLER**, is an individual residing at 540 Main Ave PO Box 395, Toronto, SD 57268.

5.   Defendant, **LINDA MCMAHON**, is the Secretary of the United States Department of Education and is sued in her official capacity residing at 400 Maryland Ave SW, Washington, D.C. 20202.

**III.    STATEMENT OF FACTS**

Having been duly sworn, I, Trae Daniel Fuller, the Plaintiff, am competent to state to the matters included in this complaint, have knowledge of the facts, and hereby declare that to the best of my knowledge, the statements made in this affidavit are true, correct, and complete.

6.   On **October 23, 2025**, the Plaintiff received a letter (attached as **Exhibit A**) from Nelnet, Inc. (on behalf of the Defendant) that provides the Plaintiff with an opportunity to object to collection of the debt by submitting a "Request for Review" for a hearing by telephone. The letter by Nelnet, Inc. also provides that the Plaintiff must mail his written requests (including "Request for Documents" about the debt) to the Default Resolution Group at P.O. Box 5609, Greenville, TX 75403.

7.   On **October 27, 2025**, Plaintiff initiated an administrative dispute with the Department of Education's Default Resolution Group regarding an alleged debt. Concurrent with a request for an administrative hearing, Plaintiff submitted a "**Request for Documents**" and a "**Request for Review**" (attached as **Exhibit B**) intended as a procedural discovery tool to compel the Department to verify the existence and legality of the alleged debt.

**PAGE 1 OF 4**

COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION

Certified Mail # 7020 0090 0001 9060 5883 RRR

8. On **November 14, 2025**, the Default Resolution Group (on behalf of Defendant) decided in a letter (attached as **Exhibit C**) not to conduct an oral hearing based on a clerical error that caused a misunderstanding.
   - The Plaintiff's **Request for Documents** does NOT purport to be substantive evidence; rather, it was a request for the *production* of evidence from the agency that carries the initial burden of establishing the debt's existence.

9. On **November 24, 2025**, Plaintiff submitted a "**Formal Correction and Demand for Reinstatement of Hearing**" (attached as **Exhibit D**) to correct the record and request the rescheduling of his telephone hearing.

10. On **December 04, 2025**, the Default Resolution Group (on behalf of Defendant) issued a final determination letter (attached as **Exhibit E**) stating: *"We do not consider the evidence that has been presented sufficient to show that the debt is not owed or that an additional hearing is needed."*

11. The Defendant's decision effectively treated the Plaintiff's procedural request for discovery as the Plaintiff's entire substantive evidentiary case as the basis for a substantive denial, claiming the request itself was "insufficient evidence" to disprove the debt.

12. The December 4th letter constitutes a **Final Agency Action** as it consummates the agency's decision-making process and leaves the Plaintiff with no further internal remedies.

IV. **FIRST CAUSE OF ACTION**
**(Violation of the Fifth Amendment – Procedural Due Process)**

13. The Fifth Amendment prohibits the federal government from depriving a person of property without due process of law.

14. Under the standard set forth in **Armstrong v. Manzo**, 380 U.S. 545 (1965), due process requires a hearing at a 'meaningful time and in a meaningful manner.' By denying Plaintiff a hearing until after Plaintiff 'proves' the debt is not owed, the Defendant has violated this standard. Furthermore, under **Mathews v. Eldridge**, 424 U.S. 319 (1976), the risk of error in relying on unverified third-party records—while denying Plaintiff the discovery necessary to challenge those records under **FRE 803(6)**—outweighs any administrative burden the agency might face. Under **Goldberg v. Kelly**, 397 U.S. 254 (1970), an evidentiary hearing must happen *before* the government takes action. And under **Fuentes v. Shevin**, 407 U.S. 67 (1972), a hearing must generally be provided **before** the property is taken.

15. Due process requires a "meaningful hearing at a meaningful time." By demanding the Plaintiff "show the debt is not owed" before granting a hearing, the Defendant is improperly shifting the burden of proof onto the Plaintiff at an unmeaningful time. The timing is unmeaningful because the evidence that shows the debt is not owed is the very subject of the Plaintiff's pending discovery request.

16. The Defendant's refusal to grant a hearing where the debt could be verified by a judicial officer with Article III power or an impartial Administrative Hearing Officer violates the fundamental fairness required by the Constitution.

**PAGE 2 OF 4**

COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION

Certified Mail # 7020 0090 0001 9060 5883 RRR

## V.   SECOND CAUSE OF ACTION
(Violation of the APA – Arbitrary and Capricious Action)

17.   Under 5 U.S.C. § 706(2)(A), a court must set aside agency actions that are **arbitrary, capricious, or an abuse of discretion.**

18.   The Defendant's decision is irrational because it mischaracterizes a procedural request for documents as a failure of substantive proof.

19.   Furthermore, the Defendant's reliance on records it refuses to verify violates the standards of **Federal Rule of Evidence 803(6).** The Department has failed to show these records were made by someone with personal knowledge or that the "method or circumstances of preparation" indicate trustworthiness (FRE 803(6)(E)).

20.   The Defendant's insistence that the Plaintiff must "prove the debt does NOT exist" improperly shifts the burden of proof and constitutes an abuse of discretion for the verification of the debt process.

## VI.   MONEY DAMAGES

21.   I do NOT claim either actual or punitive monetary damages for the acts alleged in this complaint.

## VII.   CONTINUED VIOLATIONS

22.   I maintain that the wrongs alleged in the complaint are continuing to occur at the present time.

## VIII.   JURY TRIAL

23.   I am NOT requesting a Jury Trial.

**PAGE 3 OF 4**

COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION

Certified Mail # 7020 0090 0001 9060 5883 RRR

**IX.    PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1.    **Declare** the Defendant's denial of a hearing unconstitutional and in violation of the APA;
2.    **Vacate** the Final Agency Action dated **December 04, 2025**;
3.    **Remand** this matter to the Department of Education with an **Order** to conduct a meaningful administrative hearing;
4.    **Order** the Defendant to provide the requested discovery/verification documents prior to said hearing; and
5.    Grant any other relief the Court deems just.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SIGNED, SEALED, and DELIVERED**
**DATE:** _01_ / _08_ / _2026_

_____*Trae Daniel Fuller*_____, **as Plaintiff**
**Trae Daniel Fuller**
c/o 540 Main Ave PO Box 395, Toronto, SD 57268

**PAGE 4 OF 4**

COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Trae Daniel Fuller

**(b)** County of Residence of First Listed Plaintiff **Deuel**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

**DEFENDANTS**

Linda McMahon

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District (specify) | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 U.S.C. 702 ; U.S. Constitution Amendment 5

Brief description of cause:
Judicial Review of Final Agency Action denying Administrative Hearing

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 01-08-2026

SIGNATURE OF ATTORNEY OF RECORD Authorized Representative
Trae Daniel Fuller, without prejudice

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

7020 0090 0001 9060 5883

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 57268
02 7H
0001346209

$ 014.44⁰

JAN 10 2026

c/o   Trae Daniel Fuller
540 Main Ave P.O. Box #395
Toronto, SD 57268

Clerk of Court
U.S. District of South Dakota
400 South Phillips Avenue, Room 128
Sioux Falls, SD 57104



X-RAYED BY
SOUTH DAKOTA
CSO



DISTRIBUTED BY | DISTRIBUÉ PAR | DISTRIBUIDO POR
SHURTAPE TECHNOLOGIES, LLC; AVON, OH 44011
MADE IN CHINA | FABRIQUÉ À CHINE | HECHO EN CHINA

DuckBrand.com
1-800-321-0253

© Shurtape Technologies 2020/82710

0  75353 14765  8

#5  10 1/2IN x 15IN
26.6cm x 38cm



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT